1038

[No. 33216-1-III.   Division Three.   August 9, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLAS LEE JACOB GILLAM, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 14-1-01758-9, Michael P. Price, J., entered March 17, 2015. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Korsmo and Pennell, JJ.

[No. 33298-5-III.   Division Three.   August 9, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. WARREN E. McCREA, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 14-1-00363-1, Christopher E. Culp, J., entered March 18, 2015. *Reversed* and *remanded with instructions* by unpublished opinion per Siddoway, J., concurred in by Lawrence-Berrey, A.C.J., and Pennell, J.

[Nos. 33515-1-III; 33516-0-III.   Division Three.   August 9, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. CINDY L. McMEANS ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for Kittitas County, No. 14-1-00085-4, Scott R. Sparks, J., entered May 29, 2015. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Lawrence-Berrey, A.C.J., and Siddoway, J.

[No. 33597-6-III.   Division Three.   August 9, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. CRYSTAL RAIN FUCHS, *Appellant*.

Appeal from a judgment of the Superior Court for Asotin County, No. 14-1-00135-7, Scott D. Gallina, J., entered July 6, 2015. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Lawrence-Berrey, A.C.J., and Siddoway, J.